

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00892-CV

Dora **GULLEY,**
Appellant

v.

**STATE FARM LLOYDS,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 19, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court